George KEATON, Jr., Plaintiff—
Appellant,

v.

Regina WOODFORD; Ellen Bullinger;
Allstate Insurance Company,
Defendants—Appellees.

No. 10–1121.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 26, 2010.

George Keaton, Jr., Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Keaton, Jr., appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint with pen-
dent state law claims. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Keaton v.
Woodford,* No. 1:09–cv–03485–JFM (D.Md.
Jan. 11, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*